**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA, for the use
and benefit of OLDCASTLE SURFACES, INC.,

      Plaintiff,

v.                                      Case No. 3:09cv44/MCR

DICK CORPORATION, et al.,

      Defendants.
_____/

**O R D E R**

      Upon a review of the papers filed in the instant case and in those listed below which previously have been consolidated, the court *sua sponte* finds that this case presents common questions of fact or law with the cases in the consolidated action. Accordingly, pursuant to Rule 42(a), Fed.R.Civ.P., the instant case is hereby consolidated with those shown below for all further proceedings:

      *United States of America v. Dick Corp., et al* , (lead case)    3:08cv56/MCR
      *United States of America v. Dick Corp., et al.*,    3:08cv/226/MCR
      *United States of America v. CNA Ins. Co., et al.*,    3:08cv300/MCR
      *United States of America v. Continental Ins. Co., et al.,*    3:08cv360/MCR
      *United States of America v. Continental Ins. Co., et al.,*    3:08cv444/MCR
      *United States of America v. Continental Ins. Co., et al.,*    3:08cv375/MCR
      *United States of America v. Dick Corp.,et al.,*    3:08cv410/MCR

All future pleadings and papers shall be filed in Case No. 3:08cv56/MCR *only*. Accordingly, it is ORDERED:

      1.    The clerk is directed to CONSOLIDATE the instant case with the cases listed above.

      2.    In the future all pleadings and papers in this case shall be filed in Case No. 3:08cv56/MCR.

      3.    The clerk shall file a copy of this order in the docket for each of the cases listed above.

      **DONE AND ORDERED** this 23rd day of February, 2009.

                                                        *s/ M. Casey Rodgers*
                                                         **M. CASEY RODGERS
                                                         UNITED STATES DISTRICT JUDGE**